3-30-2015

To Whom It May Concern:

I hope this letter is useful, it is to let you know that my husband Mr. Ernesto Rodriguez is an honest, honorable person. What can I say, I believe faithfully in his innocence and I hope that you will take my words into account. He is a good husband, very good, incapable of doing anything like what he's being charged with, and I also miss him very much, as do his children.

I hope that you will take my words into consideration. In addition, he's a man looks to God and we have a church in our home where we praise God at all times.

I am very grateful to you and I hope that this letter can be of some help. May God bless you and care for you always.

Sincerely,

Lucina Chairez

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                                   Date: 3 April 2015

3-30-2015

A quien Corresponda espero y sea util esta carta para informarles que Mi esposo el Sr. Ernesto Rodriguez es una persona Honesta, honrada Bueno que puedo decir yo creo fielmente en su inocencia y quisiera que tomaran encuenta mis palabras el es Un Esposo muy Bueno incapaz de hacer nada de lo que lo acusan y tambien me hace mucha falta y tambien a sus hijos

Yo quisiera que tomaran encuenta estas Palabras Aparte es un hombre que busca de Dios y tenemos la Iglecia en nuestro hogar donde Alabamos a Dios en todo momento.

Quedo de Ustedes muy agradecida y espero y sea de ayuda esta carta que Dios Los Bendiga. y guarde en todo tiempo.

Atentamente

Luisa Chavez

Jesus

I have know my dad for a long time and have been liveing with him for 3 years. I know he would never do something like that. I'm going to be honest, my dad use to drink beer/alcohol and used to get out of hand, but then he stared going to church and stoped the last time i saw my dad touch alcohol was about a year ago. my dad has good friends and when they help my dad will them.

March 26, 2015

Dear Judge

I am 14 years old I'm the youngest of my two brothers I'm aware of my dad being in jail what ever my dad is accused of it must be a misunderstanding me and my brothers really need my dad it will be hard for all 3 of us to go on in life with out my dad at now even many years he will be sent to jail.
Thanks for your time

Sincerly Angel Rodriguez

March 25, 2015

Dear Judge

I am aware about my dad being in jail. When i found out i was in school focusing on my education. But when i heard the bad news. I got into a really depressed mood, And i've been dealing with deppression for a while now. I asked myself what could of my dad done to put himself in this situation. I know my dad very well, I know when he is having a good or a bad day. He is a really good person, and i can go on and on about all the people he has helped in the past, Whatever he is being accussed of, i can assure you its not true. Me and my brothers really need him at this moment. I care a lot about my education. I am 17 years old and I'm getting ready to graduate a year early. But now its hard to focus on my school work, and i dont want to fall behind. I just want my dad out of jail. He started going to church about 2 years ago, He did have a drinking problem. Now i know for a fact that God changed him. My dad was still in the process of fixing both my brothers residency, which he has been doing for the past 2 years. The final step for their residency is coming up in the next few months. But we cant complete the process without him. Me and my brothers really need him, and its hard to move on. My mom is a hard working mother with 2 jobs, and single. Were doing our best not to worry. My whole family is very concerned. Pleas Just try putting youreself in our situation.
Thank you for your attention.

Sinerly Ernesto Rodriguez, JR

March 30, 2015

To whom it may concern:

I have known Ernesto Rodriguez for 11 years. He is my Step Father but not because a piece of paper says he is but because he has worked hard for the title. Ernesto was always a man I can count on to help with any handyman work, car maintence, advice and most importantly to love and take care of my mother. My siblings and I have always been able to call for his help and never has he said no. He has never had a problem to make himself available for anyone. My Fiancé and I recently purchased our first home to start our life with our first son and Ernesto was the first one to completely help in any way possible. Of course it being a foreclosed home there was a lot of work to be done and issues that came about but he definitely knew the urgency of the home being ready with my son arriving at any time. He put countless hours in helping since I was pregnant and not being to help much, my Fiancé working 2 jobs, and my mother recovering from back surgery. Ernesto never showed any kind of sign or said, I can't do this or this is too much. His days would start early taking care of my mom, taking her to her appointments, meeting with contractors for us, continue working on our home and still attending to his own son's needs. I can honestly say Ernesto was the only I felt I can count on to make it happen and did. When we moved in, our neighborhood admired the outcome and started to hire Ernesto for jobs and they were impressed with his work ethic that they started recommending him to others. Ernesto has always had a strong Christian morality and made it easy to understand why he was willing to help so many. So many people were and still are able to learn from his skills and knowledge and that really made him an individual who many felt confident in. He would see a stray dog and couldn't help himself to pick them up and nourishing them until he can find them a home. I can honestly say finding out about his current situation is very shocking and not believable. We just wait hearing more news about it and ready to welcome him back home.

Sincerely,

Yvette Chairez

(Step daughter)