*3-23-15*

*To Whom It May Concern*

*I would like to confirm that Mr. Ernesto Rodriguez has been a member of our church Jesucristo es mi Refugio since October 2013. He is an honest, honorable and respectful person and his behavior has been untarnished and steadfast for the other members of our church and our community. He is a faithful man and a father and very hard working and devoted to his family.*

*I am at your service if you have any requests of me or need anything further.*

> *Sincerely,*
>
> *Pastor Jaime Calderon*
>
> *Tel: (505) 712-9445*

-----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                          Date: 3 April 2015

23 - 3 - 15

A quien Corresponda hago Constar que
el Sr. Ernesto Rodriguez es un
Miembro de Nuestra Iglesia
Jesucristo es Mi Refugio. Desde
Octubre del 2013. Siendo una persona
Honesta, honrrada, y Respetuosa.
y teniendo una Conducta intachable.
y Segura para Los demas Miembros
de nuestra Iglesia y de la Comunidad.
y Es un hermano fiel y padre de
familia y muy trabajador y dedicado a.
su familia.

Quedo de Ustedes a Sus Ordenes. para
Cualquier Cosa que Se me Solicite. y
necesiten.

Atentamente.
Pastor Jaime Calderon

Tel. (505) 712-94 45

Mr. /Mrs. Honorable Judge

For a year I have been the co-pastor of the *Jesus es mi Refugio* church, and for that same amount of time I have known Brother Ernesto. He has offered his home for the services of our church, so we congregate there three times a week. In this time, our brother is a servant of Christ, completely devoted to God and faithful to his Word. Therefore he can't both serve God and man at the same time. My wife and I are witnesses that he only devotes himself to the Word of Christ the Lord and he doesn't participate in any of the crimes he's being charged with. He is consecrated to God and to his family. If you need more testimony regarding the integrity of Brother Ernesto, please don't hesitate to call me. I am including my phone number. Thank you very much.

> Sincerely,
>
> Mr. and Mrs. Alfonso Lopez & Juana Huerta
>
> (505) 440-3216

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                           Date: 3 April 2015

Sr/sra del Jusgado

Tengo 1 año como co-pastor de la
1glecia Jesus Es mi Refugio mismo
tiempo conociendo al hermano Ernesto,
Quien ha ofrecido su hogar Para los
servicios de Nuestra 1glecia donde Nos
congregamos 3 veses Por semana.
En Este Labso de tiempo Nuestro herma-
No Es un servidor de cristo Entregado
completamente al Señor Y fiel a su
Palabra Por Lo tanto El no puede
Servir a Dios y al mismo tiempo al
hombre. Mi Esposa y yo somos
Testigos de que El solo se dedica a la
Palabra del Señor Jesos Y No Participa
En Ningun delito del que se le Acusa
El esta consaGrado a Dios x a su familli
Si Nesecita mas testimonio de La
intesridad del hermano Ernesto No
dude En llamarme, Adjunto mi Numero
de telesono. muchas Gracias

                Atentamente

Sr. y Sra.
Alfanso Lopz        (505) 440-32
Ivana Huerta

To whom it may concern:

Ernesto Rodriguez has been a great man in my experience with him. He has done work on my house and has shown a very strong work ethic and attention to detail. These two attributes have allowed him to start his own business and I have recommended him to do work for multiple people. My neighbor has even raved on how great of a job Ernesto has done for him. He does what he says he will do and has shown that he is very reliable. He has a great amount of respect for the people around him and especially his family. He does everything he can to not only take care of his own kids but also his kids in law. He has demonstrated multiple times that he is willing to go above and beyond for his family. Finally he has established a history of doing the right thing. He is very courteous towards others and has been a great man to have in my life.

Sincerely,

Jon Paul I Ulibarri

*To whom it may concern.*

*I attentively want to say that Mr. Ernesto Rodriguez is a good man, he's very humble and good. He's a good father and good brother, a good husband, and very hard working. He is always very attentive with people.  As a brother he always supports us a lot, and is willing to help out. He works at anything he can. I hope you can take what I have to say about my brother into account. He needs to be free because his children miss him, he needs to be there to guide them now that they're of an age when they need the support of a father. He deserves a chance, and I hope you will give it to him. He will show you that these charges are mistaken, your honor. I ask you please to take into account his record, he has never been involved in anything bad, and he's a good man.*

> *Sincerely,*
>
> *Blanca [Illegible]*

--------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                              Date: 3 April 2015

a quien Coresponda atta

Yo Criero decit que El señor

Ernesto Rodriguez Es un Buen

Hombre Muy umilde y Bueno

Buen padre Buen Hermano

Buen Esposo Muy trabajador

El siempre Es muy servicial con

La gente Como Hermano nos

apolla mucho siempre Esta dispuesto

a yodar trubaja En todo Loque

puede Espero Se tome en cuenta

Esto que tengo que decir de

mi Hermano El nececita estar

Libre por que le ace Falta a

sus hijos para que Los guie a

horita que Estan en una Edad

que merecen apollo de un
papa el semerese una una
oportunidad espero que sela
den y que les demuestre
que estan equibocados con
esos corgos señor ques
le pibo de favor que
tonte en cuenta su rear
de el y el nuca atenido
malos posos es un buen
~~hatre~~ Hombre

atentamente
Blanca Elver

3-30-15

I would like to say that I have known Mr. Ernesto Rodriguez since 2009 and he is a very honest, friendly and honorable man and he has helped me out a lot with whatever I need. He's very friendly and very attentive to all the neighbors here in Pajaritos, he helps us out with everything. I hope that you will pay attention to this humble letter, because the words are very valuable.

Thank you and I hope that this letter is of some help because we miss him a lot, especially his wife and family and friends.

Thank you, sincerely,

Bernardo Mendoza

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

3-30-15.

Quiero decir que el Sr.
Ernesto Rodriguez lo conozco
desde 2009 y es una persona
muy honesta Amable y honrada
y me ayudado mucho ami en
todo lo que lo necesito y es muy
amable aqui en Pajaritos con
todos los vecinos y muy
servicial y nos ayuda en todo.
Ojala y agan caso de esta humilde
carta pero con unas palabras
muy valiosas

Grasias y Ojala y sirva de algo
esta carta porque el nos ace mucha
falta y sobre todo a su esposa y
familia y Amigos

Grasias Atentamente.

To Whom It May Concern:

My name is Sandra Montes and my husband and I have lived in Pajarito Mesa for over 17 years. This is the same community where, approximately 10 years ago, we met our brother in Christ, Mr. Hernesto Rodriguez. Over these years we have never seen or known of him to be involved in anything bad, much less the kind of thing with which he's being charged. Pajarito is a small community where everyone knows everything. Approximately one year ago we were converted to the Gospel through brother Hernesto and we can testify that Hernesto is one of the most faithful brothers of Christ. He is one of the people that most of the residents of our community can count on if ever there is a problem or we're going through some need. He's an honest and hard-working person, just like his wife. We care for them very much.

Sancha Montes

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

Para Quien Corresponda.

Mi Nombre Es Sandra montes y
mi Esposo y yo somos Residentes
de Pajarito Mesa Pormas de 17 Años
misma comunidad donde Aprocimada.
mente 10 Años conocimos a Nuestro
Hermano En Cristo al Señor Hernesto
Rodriguez, El cual durante Estos
Años Nunca le hemos visto o sabido
Que anda En malos Pasos, menos de
lo que se le Esta Acusando. Pajarito
Es una comunidad Pequeña donde
todo se sabe. Aprocimadamente hace
1 Año nos combertimos al Euanjelio Por
medio del Hermano Hernesto y Podemos
Atestiguar Que Hernesto Es uno de
los hermanos mas Fieles a Crysto.
El Es una de las Personas que
muchos de los Residentes de
Nuestra Comunidad Podemos Contar
con El Para Qualquier Problema o
nesecidad que Estemos Pasando, Es
una Persona honesta y trabajadora
Igualmente su Esposa. Los Apreciamos
mucho
                Sandra Montes.

My name is Conchita Mendoza I live in Taos but I spend the summer with my sister Moncerrat who lives in the community of Pajarito Mesa. I've been attending the *Jesus es mi refugio* church for two years, and that's where I met Mr. Ernesto. He is a very kind person, and just like the rest of his family he is very attentive. In these two years I've never heard of him being involved in anything bad.

Thank you,

Concha Mendoza

-----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

Mi Nombre es conchita mendoza
Vivo En taos Pero Paso El verano
Con mi hermana moncerrat que
es Recidente de La comunidad de
Pajarito mesa. tengo 2 años
asistiendo a la iglecia Jesus es mi
Refugio donde Conoci al señor
Ernesto Quien es una Persona muy
hamable igual que toda su familia
y muy servicial. En Estos 2 años Nunca
he oido que Ande En malos Pasos.
Gracias

Concha Mendoza

Sincerely, to whom it may concern.

This letter is to testify about the moral standing of my brother in Christ, Ernesto Rodriguez. I have known him for 12 years, we live in the same community and are neighbors. I've never seen him to be involved in anything bad, much less the things he's charged with. He is very responsible and hardworking and the pride of his family.

Monserrat Quezada

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                              Date: 3 April 2015

Atentamente Para Quien Corresponda

Está carta testifica sobre

La moral de mi hermano En

Cristo Ernesto Rodriguez.

tengo 12 Años de conocerlo Vivimos

En La misma Comunidad somos

Vecinos y Nunca Le he visto que

Ande en malos Pasos menos de Lo que

Se Le Acusa. El es muy Responsable

y trabajador y horgullo de su

Familia.

Monserrato Lugoda

Gentlemen/Ladies

As you can see, all these testimonies attest to the moral character of Mr. Ernesto Rodriguez. I was the one who wrote these out. I want to clarify that I wrote these out in my handwriting, at the request of these people. Each person dictated their words to me, so I wanted to make it clear. It is not my intention to mislead you, and I know that you are in charge of this case, so we wanted the testimonies to be clear and understandable.

　　　　If you have any questions don't hesitate to call me at 505-610-3101 or 604-0309. Thank you.

　　　　　　　　　　　　Sincerely, Sancha Montes

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner　　　　　　　　　Date: 3 April 2015

Señores/as

Comó ustedes pueden darse cuenta que todos estos testimonios de la moral del Señor Ernesto Rodriguez. Estan Escritos por una servidora, Quiero Clarificar que todas estas Personas me asignaron a mi Para Escribirlas, dictadas Por cada uno de Ellos que Espero no defraudarlos y que ustedes Encargados de Este caso Estos Testimonios Esten claros y Entendibles Si nesecitan mas Información No duden En llamarme al telefono #505-610-3101. o 604-0309. Gracias

Atentamente

Sandra Montes.

To the appropriate person.

With this letter I am testifying that I have spent time for a year at our congregation *Jesus es mi Refugio* with Ernesto Rodriguez. He is a person who is very devoted to our Lord Jesus Christ, and this is why it is very difficult for me to believe that he is being deprived of his freedom with these charges. He is an honest and upstanding person and father who doesn't hurt anyone. This is why I think he is being unfairly charged and I pray to our Lord Jesus to clear up this confusion and allow him to be free as soon as possible.

Thank you. Sincerely

Mrs. Carmen [illegible] S. 3/25/2015

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

Para La Persona Correspondiente

Con Está Carta Estoy Testificando que
Tengo 1Año de Convivencia En Nuestra
Congregación Jesus Es mí Refugio
con Ernesto Rodriguez, Y El Es una
Persona que Esta muy Entregado a
Nuestro Señor Jesucristo Por Lo cual
se me hace muy dificil Creer que Este
Privado de su Libertad Por Lo que se
Le Acusa, Cuando El Es una Persona
honesta y cabal y Padre de Familia que
No Le hase daño a Nadie Por Lo cual
Creo que se Le Esta Acusando
Injustamente y Espero En Nuestro
Señor Jesus que se Aclare Esta
Confución Y Salga Libre Lo
mas Pronto Posible.

Gracias

Atentamente

Sra
Connie Vernal S.        3/25/015

To Whom It May Concern.

My husband and I have known Ernesto Rodriguez and his family for 1 year. To date we have never heard of Ernesto participating in any kind of crime, much less one of the magnitude with which he is charged. Ernesto is a good person, devoted to his family and church. His neighbors hold him in high esteem and trust him. He is always available to help his community and lend a hand if someone needs help. We trust that he is not guilty of the charges against him.

Gloria Cabral
Juan Cabral

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

A Quien Corresponda

Mi Esposo y yo tenemos 1 Año de conocer
a Ernesto Rodriguez y su Familia hasta
La Presente No nos hemos Enterado de
que Ernesto sea Participe de Ningun
delito, menos de Esta magnitud, de que
se le acusa. Ernesto Es una buena
Persona, dedicado a su Familia y Iglecia.
sus vecinos lo estiman mucho, y confian
En El. El Esta siempre disponible a Ayuda
a su comunidad y darle La mano al que
Lo nesecita Confiamos En que El No
Es culpable de Los cargos que Le Acusan

Gloria Cabral
Juan Cabral

I am Brother Beto Mendoza, a resident of Pajarito Mesa. I'm writing you this letter to let you know, your honor, that I have known our brother in Christ Hernesto Rodriguez for over 10 years. I want to let you know that he is a very good person and is very hard-working and attentive to anyone who needs help here in this community of Pajarito Mesa. I can recommend him as a very good person, he has 3 children who he needs to support, and this is why I beg you to give him his freedom, for the Love of our Lord Jesus Christ. May God bless you, Amen.

   Sincerely, Brother Beto Mendoza

----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner      Date: 3 April 2015

yo Soy EL ERMANO Beto mendoza Residente
de LA mesa PAJARITO Le Escribo ESta CARTA
PATA hinformaLE Señor Jues que nuestro
hermano En cristo jesus Hernesto Rodriges
yo Lo Conosco por mas de 10 Años y Le quiero
notificar que EL hes muy BUENA persona Es
muy trabajador y muy Serbidor para cualcier
A nesesidad que tenga huno Aqui En Esta
Comunidad de PAJArito Mesa yo Lo Recomien
por muy BuENA persona y tiene sus 3 hijos
que tiene que mantener por heso yo Le
Suplico hen EL Amor de nuestro SEÑOR

Jesucristo que Le de Su Libertad

y que dios Lo Bendiga Amen

Atentamente Hermano Beto mendo
ZA

3-30-2015

To Whom It May Concern

I want to tell you that I have known Mr. Ernesto Rodriguez because he is a member of the *Jesuscristo es mi Refugio* church since the year 2013. He is a very friendly and honorable person, very attentive with all the brothers of the church. The church really misses him as do his wife and children. I hope that you will take these words into account because we really miss Brother Ernesto at the church.

May God illuminate the judge so he will allow Mr. Ernesto Rodriguez to be free.

Sincerely,

Lucia Hernandez

-----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

3-30-2015

A quien Corresponda quiero decir que
yo conozco Al Sr. Ernesto Rodriguez
Porque es miembro de la iglecia
Jesucristo es mi Refugio desde el año 2013
y es una persona muy Amable y onrada
y muy Servicial contodos los hermanos
de la iglecia y le hace mucha Falta a la
iglesia y asu esposa e hijos espero y se
tome encuenta estas palabras
porque extrañamos mucho al hno Ernesto
en la iglecia

Que Dios ilumine al juez y deje en
libertad al Sri Ernesto Rodriguez

Atentamente
Lucia Hernandez.

3-30-15

To Whom It May Concern

I wish to confirm that Mr. Ernesto Rodriguez is an honest and responsible person. He's very friendly and I have known him since 2006. He is a very friendly person who always helps everyone whenever we have a need. He helps us out with everything.

Please contact me if you need anything else from me. Thank you very much and I hope you will take my words into consideration.

Sincerely,

Norma A. Rivera V.

-----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                    Date: 3 April 2015

3 - 30 - 15

A quien corresponda Ago constar que el Sr. Ernesto Rodriguez es una persona honesta y y responsable y muy amable y yo lo conozco desde el 2006 siendo una persona muy amable y ayuda mucho a toda la gente Cuando tenemos una necesidad el nos ayuda en todo quedo de ustedes Para cualquier cosa que se me solicite

muchas gracias y espero que se tome encuenta mis palabras
                    Atentamente

          Norma A Rivera V.

To Whom It May Concern:

We have known Mr. Ernesto Rodriguez since the year 2000. He is a very attentive and hardworking person who is willing to help his neighbors and friends out. We have seen that he is very attentive to his children in spite of the problems with his first wife, he has done everything possible to help them get ahead. If you have any questions please call me or communicate via email.

Perez Maldonado Family 505-702-1526

Losmaldonado36@yahoo.com

-----------------------

I, Ruth A. Warner, United States Certified Court Interpreter, do hereby certify that the above document is a true and correct English translation of the original Spanish text accurately rendered to the best of my knowledge and belief.

Ruth A. Warner                            Date: 3 April 2015

A quien corresponda, Tenemos
de conocer al señor Ernesto Rodriguez
desde el año 2000 es una persona
serviclal y trabajadora dispuesto a
ayudar a sus vecinos y amigos
lo hemos visto estar al pendiente
de sus hijos a pensar
de los problemes con su
primer esposa y a hecho lo
posible por sacarlos adelanta.
si tienen alguna pregunta
por favo de llamar o
comunicar via e-mail

Pam. Perez Maldonado
505- 702 1524
loromaldonado34@yahoo.com
Yahoo.com