# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                 No. CR 12-3109 JB

vs.

ERNESTO RODRIGUEZ,

    Defendant.

## **NOTICE OF UNAVAILABILITY**

COMES NOW Counsel for the Defendant, Ernesto Rodriguez, Assistant Federal Public Defender Brian A. Pori, and respectfully informs the Court and counsel for the United States of his unavailability for any trials, hearings or other proceedings in the period from June 10, 2015, through June 12, 2015, because of a pre-paid family vacation to Los Angeles, California at that time.

WHEREFORE, for all of the foregoing reasons, counsel for Defendant Ernesto Rodriguez respectfully requests that this Honorable Court not set any trials, hearings or attorney conferences during the above-listed periods of unavailability.

Respectfully Submitted,

/s/ *Brian A. Pori* filed electronically 5/13/15
    Brian A. Pori
    Assistant Federal Public Defender
    111 Lomas Blvd NW, Suite 501
    Albuquerque, N.M. 87102-2373
    (505) 346-2489 [telephone]

Counsel for Ernesto Rodriguez

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2015, I filed the foregoing Notice of Unavailability electronically through the CM/ECF system, which caused a copy of the pleading to be served electronically on opposing counsel of record addressed as follows:

Maria Armijo, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103

                                      /s/ filed electronically 5/13/15
                                      Brian A. Pori