IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CRIMINAL NO. 12-3109 JB |
| vs. | ) ) ) | |
| **ERNESTO RODRIGUEZ,** | ) ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO STRIKE SURPLUSAGE
FROM THE REDACTED, SUPERSEDING INDICTMENT (DOC. 42)**

The United States of America hereby files this unopposed motion to extend the time in which to respond to the Defendant's Motion to Strike Surplusage from the Redacted, Superseding Indictment. (Doc. 42).

1. The United States' response to the defendant's motion to strike surplusage from the redacted, superseding indictment is due on May 15, 2015.

2. The translation and transcripts from the undercover operation have not been finalized. Additional time is needed for the United States to review the translation and transcripts in order to respond to the motion.

3. Defense counsel does not oppose the United States' request for an extension of time within which to file its response.

WHEREFORE, the United States respectfully requests that the Court extend the deadline for filing of the United States' response until Tuesday, May 26, 2015.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

***Electronically Filed 5/14/2015***
MARIA Y. ARMIJO
Assistant United States Attorney
555 S. Telshor, Ste. 300
Las Cruces, NM 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney