# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                                            No. CR 12-3109 JB

vs.

ERNESTO RODRIGUEZ,

      Defendant.

## DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, Ernesto Rodriguez (by and through his counsel of record Assistant Federal Public Defender Brian A. Pori) and respectfully submits this list of potential witnesses, other than the Defendant, who may be called in the defense case during the trial of this matter

    1)     Lucina Chaires (Spanish Speaking)

    2)     Maria Teresa Loera (Spanish Speaking)

    3)     Jaime Calderon (Spanish Speaking)

    4)     Alfonso Lopez (Spanish Speaking)

    5)     Sandra Montes (Spanish Speaking)

    6)     Lorenzo Perez (Spanish Speaking)

    7)     Umberto Mendoza (Spanish Speaking)

Because the defense investigation in this case is ongoing, the Defendant respectfully requests to reserve the right to amend or to supplement this Witness List if additional defense witnesses are discovered prior to the start of the trial of this matter. Defendant further requests to reserve the right to call any witnesses identified by the Government.

    Respectfully Submitted,

    /s/ *Brian A. Pori* filed electronically 6/29/15
        Brian A. Pori
        Assistant Federal Public Defender
        111 Lomas Blvd NW, Suite 501
        Albuquerque, N.M. 87102-2373
        (505) 346-2489 [telephone]

    Counsel for Ernesto Rodriguez

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2015, I filed the foregoing Defendant's Witness List electronically through the CM/ECF system, which caused a copy of the pleading to be served electronically on opposing counsel of record addressed as follows:

Maria Armijo, Esq.
Randy Castellano, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103

                                        /s/ filed electronically 6/29/15
                                        Brian A. Pori