IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                       No. CR 12-3109-10 JB

ERNESTO RODRIGUEZ,

        Defendant.

## ORDER FOR FREE PROCESS ORDER

Defendant having satisfactorily shown to the Court by his application that he is financially unable to pay the fees of witnesses, and that the presence of the following witnesses are necessary to an adequate defense.

| | | | |
|---|---|---|---|
| Lucina Chaires | Maria Teresa Loera | Jaime Calderon | Alfonso Lopez |
| Sandra Montes | Lorenzo Perez | Umberto Mendoza | Vicki Garcia |

IT IS THEREFORE ORDERED, pursuant to the provisions of Rule 17(b) of the Rules of Criminal Procedure, that subpoenas shall be issued to secure the attendance of the said witnesses at the jury trial of this cause, and the costs incurred by this process and the fees of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in the case of a government witness subpoenaed on behalf of the government.

IT IS FURTHER ORDERED that two certified copies shall be furnished to the United States Marshal's office.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Submitted by:
Brian A. Pori
Attorney for Defendant