# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. CR 12-3109-010 JB

ERNESTO RODRIGUEZ,

    Defendant.

## JUDGEMENT OF ACQUITTAL

**THIS MATTER** having come on for trial before the Court and a jury, and the jury having duly rendered its verdict,

**IT IS ORDERED** that Judgment of Acquittal is entered in accordance with the Not Guilty verdict returned by the jury, that the Defendant is discharged from further proceedings, and a certified copy of this Judgment shall be made available to the United States Marshal's Service.

_____
UNITED STATES DISTRICT JUDGE